```
ALEXANDRIA JEAN TIBLIER         SOUTHERN FINANCIAL SYS
6201 BIENVILLE BLVD             2603 OAK GROVES RD
APT I 333                       STE B
OCEAN SPRINGS, MS 39564         HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.          WELLS FARGO BANK NA
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  P.O.BOX 393
JACKSON, MS 39236               MINNEAPOLIS, MN 55480


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


COMENITY/ULTA
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


KEESLER FCU
ATTN: BANKRUPTCY
P.O.BOX 7001
BILOXI, MS 39531


NELNET
PO BOX 82561
LINCOLN, NE 68501


SINGING RIVER HEALTH S
P.O. BOX 540
PASCAGOULA, MS 39568
```